# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Lab Technology v Here North A  Case Number: 1:25-cv-4239

An appearance is hereby filed by the undersigned as attorney for:

Lab Technology LLC

Attorney name (type or print): Isaac Rabicoff

Firm: Rabicoff Law LLC

Street address: 4311 N Ravenswood Ave STE 315

City/State/Zip: Chicago, IL 60613

Bar ID Number: 6313775　　　　　Telephone Number: 773-669-4590
(See item 3 in instructions)

Email Address: isaac@rabilaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
　If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/17/2025

Attorney signature: S/ /s/ Isaac Rabicoff
　　　　　　　　　　(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015